### 1511.  JOLLY *v.* THE STATE.

RUSSELL, J.  The determination of the credibility of the witnesses is so exclusively within the province of the jury that the verdict finding a defendant guilty is not affected by the fact that that verdict is supported by the testimony of only one witness, whose testimony is directly in conflict with a large number of witnesses who had equal opportunity of knowing the facts, and who, so far as appears from the record, are worthy of credit. In the absence of any error on the part of the court or any irregularity which may have prejudiced the defendant, such a verdict, approved by the trial judge, is absolutely conclusive; because this court is without jurisdiction to review a finding upon the facts, which is supported by sufficient evidence.

*Judgment affirmed.*

Accusation of assault and battery, from city court of Oglethorpe —Judge Greer.   October 14, 1908.

Argued December 8, 1908.—Decided January 27, 1909.

*Hixon & Greer, L. J. Blalock,* for plaintiff in error.

*Jule Felton, solicitor,* contra.